UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Peter Pharaoh,
                Plaintiff(s),

      -against-                                       19cv6774(GBD)
                                                      ORDER
Metro-North Commuter Railroad, et al
                Defendant(s).
------------------------------------------------------------------X



GEORGE B. DANIELS, United States District Judge:

The conference scheduled for March 24, 2020 is adjourned to May 26, 2020 at 9:45 a.m.

Dated: New York, New York
       March 19, 2020

                                                   *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge