UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PETER PHARAOH,

                    Plaintiff,

      -against-

METRO-NORTH COMMUTER RAILROAD,

                   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 6774 (GBD)

GEORGE B. DANIELS, United States District Judge:

The May 26, 2020 conference is adjourned to July 21, 2020 at 9:45 a.m.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge