**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
PETER PHARAOH,

                      Plaintiff,

    -against-

METRO-NORTH COMMUTER RAILROAD,

                      Defendant.
------------------------------------x

ORDER

19 Civ. 6774 (GBD)

GEORGE B. DANIELS, United States District Judge:

The July 21, 2020 conference is adjourned to October 13, 2020 at 9:45 a.m.

Dated: New York, New York
       July 15, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge