USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020

**PHILIP J. DINHOFER, LLC**
ATTORNEYS AT LAW
77 N. CENTRE AVE. - SUITE 311
ROCKVILLE CENTRE, NY 11570
TEL: 516-678-3500
FAX: 516-678-4235
E-MAIL: PJDLLC2806@YAHOO.COM

November 16, 2020

> It is hereby ORDERED that the November 20, 2020 conference is ADJOURNED to March 5, 2021 at 12:00 p.m., and that the parties shall submit the Case Management Plan and Scheduling Order outlined in the Court's October 27, 2020 Order (Dkt. 30) by February 25, 2021. Should the parties require additional time, they may submit a second adjournment request to the Court. The Court wishes Mr. Dinhofer a speedy recovery.
>
> SO ORDERED.
> Date: November 16, 2020
> New York, New York
>
> *[signature]*
> JOHN P. CRONAN
> United States District Judge

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Peter Pharoah v. Metro-North Commuter Railroad
      File No.: 19 Civ. 6774 (JPC)

Dear Judge Cronan:

For my own personal medical reasons it is necessary for me to request an adjournment sin die of this Friday's (11/20/2020) telephone conference at 12 PM.

For the past few months I have been complaining to my wife that I am unable to see and that I read with great difficulty, but still everything I look at is hazy, foggy, blurry and/or distorted, no matter how large/small it is. Lights and lighted surfaces cause further haze and/or halo's. I have to enlarge print on my computer monitor in order to read/type, but find that this results in severe headaches after a short while, so I am limited to only a few minutes at a time. At first we thought this may be an unwanted but known side effect of certain medication I had been taking and in that regard I have been safely and gradually tapering down my dosage just as I had built it up in the original instance. When that failed to effect any cure of the problem, late last week I saw two different eye doctors on an emergency basis and learned from both of them that I have bilateral cataracts that are in need of surgical removal. I am advised by the eye doctor whom I prefer does my surgery, that at present the earliest he will be able to schedule my first eye for surgery is in early January, and that he will then do my other eye the following month. Because of my visual problems the doctor has advised me to limit computer time, reading in general, daytime driving to local driving of no more than 5 miles from home, and that I should avoid driving in the dark.

In view of the foregoing, I am constrained to request an adjournment of this Friday's (11/20/2020) telephone conference as I am not presently capable of doing all the reading/writing necessary to safely and properly read, conduct discovery, prepare demands/responses, etc.. Following my second eye operation, once my doctor advises that I may safely resume my normal daily activities, I will be in contact with the Court to set up an appropriate discovery scheduling order.

I have spoken with Alan Muraidekh, Esq., attorney for defendant, who consents to this application.

Respectfully yours,

*[signature: Philip J. Dinhofer]*

PHILIP J. DINHOFER
PJD/dd
cc:   Alan Muraidekh, Esq.
      (Via ECF)