420 Lexington Avenue
New York, NY 10170
www.mta.info

Catherine A. Rinaldi
President



March 2, 2021

<u>Via ECF</u>

Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **Peter Pharoah v. Metro-North Commuter Railroad**
   **File No.: 19 Civ. 6774 (JPC)**
   <u>**Conference: March 5, 2021**</u>

Dear Judge Cronan:

This office represents the interests of the Defendant, Metro-North Commuter Railroad in the above-mentioned matter.

This letter requests an adjournment of the March 5, 2021 conference due to Plaintiff's attorney's medical condition.

I have been advised by Plaintiff's counsel, Mr. Dinhofer, that he has been admitted to the hospital and will be undergoing several medical procedures preventing him from appearing for the conference at this time. In his e-mail, he indicated that he will call the Court to reschedule the conference after he is medically cleared to do so by his doctors.

Thank you for your continued courtesies in this matter.

Respectfully yours,

Yours truly,

*Alan Muraidekh* (signature)

Alan Muraidekh
Assistant Counsel
(212)340-2203

It is hereby ORDERED that the March 5, 2021 conference is ADJOURNED *sine die*. When Mr. Dinhofer is able, he should confer with Mr. Muraidekh and submit a letter to the Court proposing a new date for the conference. In the event Mr. Dinhofer has not filed such a letter by April 1, 2021, Mr. Muraidekh must submit a letter apprising the Court on the status of this case by that date.

The Court wishes Mr. Dinhofer a speedy recovery.

SO ORDERED.

Date:   March 2, 2021
    New York, New York

*John P. Cronan* (signature)

JOHN P. CRONAN
United States District Judge