```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PETER PHARAOH,                                                         :
                                                                       :
                             Plaintiff,                                :
                                                                       :           19-CV-6774 (JPC)
              -v-                                                      :
                                                                       :           ORDER
METRO-NORTH COMMUTER RAILROAD,                                         :
                                                                       :
                             Defendant.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conference scheduled to occur on Friday, April 30, 2021 is adjourned *sine die*.

SO ORDERED.

Dated: April 28, 2021
       New York, New York

_____
                                    JOHN P. CRONAN
                                    United States District Judge