```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
PETER PHARAOH,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :     19 Civ. 6774 (JPC)
         -v-                                                     :
                                                                 :            ORDER
METRO-NORTH COMMUTER RAILROAD,                                   :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
                                                                 :
METRO-NORTH COMMUTER RAILROAD,                                   :
                                                                 :
                              Third-Party Plaintiff,             :
                                                                 :
         -v-                                                     :
                                                                 :
LARRY SERRANO,                                                   :
                                                                 :
                              Third-Party Defendant.             :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

A post-discovery case management conference is scheduled in this action for February 1, 2022 at 10:00 a.m. Dkt. 43. At the conference, the parties shall be prepared to discuss the status of this case, whether either party intends to move for summary judgment, and whether the parties request a referral to Magistrate Judge Netburn for a settlement conference or to the Court's mediation program. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: January 24, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge